IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANTOINETTE HOLLOWAY,　　　　　:　　　 | |
| 　　　*Plaintiff*,　　　　　　　　　　　: | Case No. 1:25-cv-367 |
| vs.　　　　　　　　　　　　　　　　　: | Judge Jeffery P. Hopkins |
| CITY OF CINCINNATI, *et al.*,　　　　　: | |
| 　　　*Defendants*.　　　　　　　　　　: | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation (Doc. 5) issued by Magistrate Judge Karen L. Litkovitz on September 11, 2025. The Magistrate Judge recommends that Plaintiff's Complaint (Doc. 1) be dismissed and that her Emergency Motion for Injunctive Relief (Doc. 2) be denied as moot. Doc. 5, PageID 14. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, Plaintiff's Complaint (Doc. 1) is hereby **DISMISSED** and her Emergency Motion for Injunctive Relief (Doc. 2) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated:  October 29, 2025

Hon. Jeffery P. Hopkins
United States District Judge